# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Monica Jessenia S.R., <br><br> Plaintiff, <br><br> v. <br><br> Pamela Bondi, <br> Kristi Noem, <br> Todd M. Lyons, <br> David Easterwood, <br><br> Defendants. | Civil No. 26-cv-1109 (LMP/DJF) <br><br> **ORDER OF RECUSAL** |

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter.

Dated: February 6, 2026

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge