# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

MONICA JESSENIA S.-R.,

            Petitioner,

v.

PAMELA BONDI, *Attorney General of the United* States; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; TODD M. LYONS, *Acting Director, U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *Acting Director, Saint Paul Field Office Director, U.S. Immigration and Customs Enforcement.*

            Respondents.

Case No. 26-cv-1109 (LMP/DLM)

**ORDER GRANTING PETITION**

---

Liliana Zaragoza, **University of Minnesota Law School Racial Justice Law Clinic, Minneapolis, MN**, for Petitioner.

Friedrich Siekert, **United States Attorney's Office, Minneapolis, MN**, for Respondents.

       Petitioner Monica Jessenia S.-R. is a citizen of Ecuador who lives in Minneapolis and who has a pending asylum application. ECF No. 1 ¶¶ 12–13. Monica Jessenia S.-R., a diabetic who needs medication to control her blood sugar, was arrested by immigration officials on February 5, 2026, and remains in the custody of United States Immigration and Customs Enforcement. *Id.* ¶ 15. She asserts that Respondents (the "Government") have detained her pursuant to the mandatory detention provisions of 8 U.S.C. § 1225(b)(2). *See*

*id.* ¶ 29.  Monica Jessenia S.-R. contends that she is not subject to detention under 8 U.S.C. § 1225(b)(2) but instead is subject to detention, if at all, under 8 U.S.C. § 1226(a), and that the Government has not presented a warrant that justifies her detention.  *Id.* ¶¶ 38–46. Monica Jessenia S.-R. brings a verified petition for a writ of habeas corpus.  *See generally id.*

The Court ordered the Government to answer the petition no later than February 9, 2026.  ECF No. 3.  The Court noted that it has already found similarly situated noncitizens not to be subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and that such noncitizens are instead subject to the provisions of 8 U.S.C. § 1226(a).  *See id.* at 2 (first citing *Roberto M. F. v. Olson*, No. 25-cv-4456 (LMP/ECW), 2025 WL 3524455, at *4 (D. Minn. Dec. 9, 2025); and then citing *Victor Hugo D. P. v. Olson*, No. 25-cv-4593 (LMP/DTS), 2025 WL 3688074, at *2–3 (D. Minn. Dec. 19, 2025)).

The Government timely responded and agrees with Monica Jessenia S.-R. that her case is not legally or factually distinguishable from those this Court has already decided. ECF No. 7.  Nevertheless, the Government "assert[s] all arguments raised by the government in [*Avila v. Bondi*, No. 25-3248 (8th Cir. docketed Nov. 10, 2025)] . . . and respectfully request that the Court preserve those arguments for any appeal in this case." *Id.*  Given the Government's candid acknowledgement that the issues raised are not distinguishable from those addressed in this Court's prior decisions, the Court concludes that Monica Jessenia S.-R. is not subject to the provisions of Section 1225(b)(2) and is instead subject to the provisions of Section 1226(a) for the same reasons articulated in this

Court's prior orders. *See, e.g.*, *Roberto M. F.*, 2025 WL 3524455, at *4; *Victor Hugo D. P.*, 2025 WL 3688074, at *2–3.

The Court has also concluded that if a petitioner is subject to the provisions of Section 1226(a), the Government must have issued the petitioner a warrant justifying the detention in the first place. *Joaquin Q. L. v. Bondi*, No. 26-cv-233 (LMP/DTS), 2026 WL 161333, at *2–3 (D. Minn. Jan. 21, 2026). If the Government does not do so, immediate release is the appropriate remedy. *Id.* Accordingly, because the Government does not assert any argument that it has provided Monica Jessenia S.-R. with a warrant or advance any argument that Monica Jessenia S.-R.'s detention is appropriate under Section 1226(a) without one, the Court will grant the petition and order Monica Jessenia S.-R.'s immediate release.

## ORDER

Accordingly, based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Monica Jessenia S.-R.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

    a. Monica Jessenia S.-R.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;

    b. The Government is **ORDERED** to release Monica Jessenia S.-R. from custody by no later than 5:00 p.m. on Wednesday, February 11, 2026;

    c. The Government is **ORDERED** to release Monica Jessenia S.-R. without imposing any conditions of release and to return all property to her; and

    d.  The Government is **ORDERED** to file a status report certifying its compliance with this Order by no later than 5:00 p.m. on Thursday, February 12, 2026.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 10, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge

4