# UNITED STATES DISTRICT COURT
## District of Minnesota

Monica Jessenia Solorzano-Romero

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, and David Easterwood

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-01109 LMP/JFD**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Monica Jessenia S.-R.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows:.

a. Monica Jessenia S.-R.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

b. The Government is ORDERED to release Monica Jessenia S.-R. from custody by no later than 5:00 p.m. on Wednesday, February 11, 2026;

c. The Government is ORDERED to release Monica Jessenia S.-R. without imposing any conditions of release and to return all property to her; and

d. The Government is ORDERED to file a status report certifying its compliance with this Order by no later than 5:00 p.m. on Thursday, February 12, 2026.

Date: 2/10/2026

KATE M. FOGARTY, CLERK