# UNITED STATES DISTRICT COURT
## District of Minnesota

Monica Jessenia Solorzano-Romero,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1109 LMP/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Monica Jessenia S.-R.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

a. Monica Jessenia S.-R.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;

b. **Monica Jessina S.-R.'s Emergency Motion (ECF No. 10) is granted**;

c. The Government is **ORDERED** to release Monica Jessenia S.-R. from custody **by no later than 12:00 p.m. on Friday, February 13, 2026**;

d. The Government is **ORDERED** to release Monica Jessenia S.-R. unconditionally **IN MINNESOTA** and to return all property to her; and

e. The Government is **ORDERED** to file a status report certifying its compliance with this Order **by no later than 5:00 p.m. on Friday, February 13, 2026**.

Date: 2/10/2026

KATE M. FOGARTY, CLERK